# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RODNEY L. WHITE

NO. 2025 KW 0983

**DECEMBER 30, 2025**

---

In Re:    Rodney L. White, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          02-99-0127.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED AS MOOT.** The record of the East Baton Rouge
Parish Office of the Clerk of Court shows that on January 8, 2025,
the district court dismissed relator's application for
postconviction relief, filed in 2021.

                         **WIL**
                         **EW**
                         **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT